Dear Judge Paul A. Engelmayer        October,31,2019

Re: I am writing to inform you that the delay with my notice of appearance form was mailed to my last facility in virginia,Gilmer FCI. I was not there at the time and currently in MDC Brooklyn where I'm currently awaiting a court date. I just received the form on October 30,2019 which was yesterday and the deadline is today. I called the clerks office of the appeals court and briefly explained my situation, she then informed me to mail the papers as soon as possible and that everything should be fine.

I am writing you to inform you on the matter and if my paperwork shall arrive late thanking you for taking the time to read this.

Sincerely
Carlos A. Lopez

Carlos Lopez 79362-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn NY 11232

Att. Judge Paul A. Engelmayer
40 Foley Square
New York, NY 10007