UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CARLOS LOPEZ,

Defendant.

16-CR-317-22 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Carlos Lopez, which the Court treats as a *pro se* motion for compassionate release. To assure able briefing and thoroughgoing consideration of the issues presented, the Court asks trial counsel for Mr. Lopez to submit a memorandum of law in support of this application   This letter is due Thursday, May 28, 2020. The Government's response is due Monday, June 1, 2020. The Court encourages Government and defense counsel to confer in advance of these submissions to assure a full mutual understanding of the issues presented and arguments to be made.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: May 26, 2020
          New York, New York



Carlos Lopez 79367-054
MDC- Brooklyn
P.O. Box 329002
Brooklyn NY 11232-9002

United States Courthouse
c/o Clerk's Office
500 Pearl St
N.Y. N.Y. 10007

LEGAL MAIL   Hon. Engelmayer.

METROPOLITAN DETENTION CENTER
80 29TH ST., BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.

Carlos Lopez
    Petitioner

V.                        16 Cr. 317 (PAE) (SDNY)

United States of America
    Respondent

RE: Request/Motion For Compassionate Release pursuant to 18 U.S.C § 3582 (c)(1)(A)(i).

    I Carlos Lopez move before the honorable Kaitlyn B. forest a motion For reduction of sentence. As Amended by the First Step Act for Compassionate release. 30 days has passed from the date of request by the warden.

    The Above mentioned defendant is currently housed here at the Metropolitan Detention Center, Brooklyn N.Y. Where the epidemic of the Corona Virus has killed over 8,000 New York citizens.

    His petition is that he has been quaranteen for over a month, with 1 hour to shower, email, place a phone call Amongst 12 inmates at a time, with 4 operating Shower and 4 working phone, and 5 working computers. on a 124 man unit. Due to the rapid spread of the Covid-19 decease inside M.D.C. brooklyn facility. Where over 6 inmates and 11 staff members have tested positive for the virus.

    This virus is Causing a pandemic around the World

①

Where over 100,000 people have died from this unknown virus. This germ is spread air born and if comes into contact of any surface its spreads like bacteria. There is no cure for this decease. The only thing that can help a person who contract this disease, is if God spares his life.

As of today May 14th 2020 Petitioner's unit is now sitting right across from unit 62, which is on full quarantine because an inmate has tested positive for Cov-19. It is just a matter of time before it spreads to the additional units. As the officers and staff travel to and from each unit, without hazardous safety procedures.

Petitioner will be the worst to suffer the potential of death if he contracts this virus. As Mr. Lopez suffers from asthma, heart Murmur, and other respitory complications. The (CDC) Center of Desease Control has issued a statement clearifying that people over the age of 60 and people with the forementioned illness will die from this decease, if they body cannot produce its own antibody to fight out this germ. Therefore putting Mr. Lopez in eminate danger of death.

Amoungst the inhabitants of this Earth Mr. Lopez life is Extremely endanger if he is continued to be housed in this unsafe invironment. MDC Brooklyn has still not recovered from the heat-hot Running water/Electrical problem still pending in Court. see Scott v. Quay, No. 19 Civ. 01075 This unstable facility is where Petitioner is housed pending his direct appeal, in front of Judge Engelmayer: of the Southern District of New York. Docket No. 16 Cr. 317. Even if sent back to the custody of the BOP. This is a Global pandemic, that has a different but deadly survival rate as

②

well. As each State is also dealing in this deadly crisis at an alarming rate.

Therefore under these "Extraordinary" and "Compelling" Circumstances this Court must warrant a sentence reduction for Mr. Lopez to be released to his family to assist in their well-fare under the World most troubling Armagedon, Out of an Abundance of Caustion to the Compromise of his natural life. Currently Mr. Lopez is serving a 10 year sentence with over 3½ years time served on this sentence. We further ask that the Government take into consideration the surrounding circumstances and the roles within Mr. Lopez Conviction which was minimum, to Consent in Mr. Lopez release.

Respectfully Submitted,
Carlos Lopez #79367-054

(3)