UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARLOS LOPEZ,

                Defendant.

16-CR-317-22 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Carlos Lopez. The Court will consider the letter in connection with Lopez's pending motion for compassionate release.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: June 4, 2020
       New York, New York

INMATE REQUEST TO STAFF
(RESPONSE)

TO: LOPEZ, Carlos
Reg. No.: 79367-054

DISPOSITION:

This is in response to your e-mail received March 29, 2020, wherein you request to be considered for a compassionate release pursuant to 18 U.S.C. §3582 and Bureau of Prisons Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§3582(c)(1)(A) and 4205(g). You state you have asthma and a heart murmur.

A review of Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§3582(c)(1)(A) and 4205(g), indicates you do not meet any of the criteria established in this program statement. Your medical record does not identify any medical conditions to reflect a terminal or debilitated medical condition, as set forth in Program Statement 5050.50. Also, you have not provided any additional evidence or information in support of the request. Accordingly, the request for a compassionate release is denied at this time.

If you are not satisfied with this response, you may appeal through the Administrative Remedy Program.

_____            Date 4/20/2020
D. Edge, Warden

Carlos Lopez
   Petitioner
   V.                                   16 Cr. 317 (PAE) (SDNY)

United States of America
   Respondent


RE: Request/Motion For Compassionate Release
    pursuant to 18 U.S.C § 3582 (c)(1)(A)(i).

   I Carlos Lopez move before the honorable Kaitlyn Baforest a motion For reduction of Sentence. As Amended by the First Step Act for Compassionate release. 30 days has passed from the date of request by the warden.

   The Above mentioned defendant is currently housed here at the Metropolitan Detention Center, Brooklyn N.Y. Where the epidemic of the Corona Virus has Killed over 8,000 New york citizens.
   His petition is that he has been quaranteen for over a month, with 1 hour to shower, email, place a phone call Amongst 12 inmats at a time, with 4 operating Shower and 4 working phone, and 5 working computers. on a 124 man unit. Due to the rapid spread of the Covid-19 decease inside M.D.C. brooklyn facility. Where over 6 inmates and 11 staff members have tested positive for the virus.
   This virus is Causing a pandemic around the World

①

Where over 100,000 people have died from this unknown virus. This germ is spread air born and if comes into contact of any surface it spreads like bacteria. There is no cure for this decease. The only thing that can help a person who contract this desease, is if God spares his life.

As of today May 14th 2020 Petitioner's unit is now sitting right across from unit 62, which is on full quarantine because an inmate has tested positive for Cov-19. It is just a matter of time before it spreads to the additional units. As the officers and staff travel to and from each unit, without hazardous safety procedures.

Petitioner will be the worst to suffer the potential of death, if he contracts this virus. As Mr. Lopez suffers from asthma, heart murmur, and other respitory complications. The (CDC) Center of Desease Control has issued a statement clearifying that people over the age of 60 and people with the forementioned illness will die from this desease, if they body cannot produce its own antibody to fight out this germ. Therefore putting Mr. Lopez in eminate danger of death.

Amoungst the inhabitants of this Earth Mr. Lopez life is extremely endanger if he is continued to be housed in this unsafe invioronment. MDC Brooklyn has still not recovered from the heat-hot running water/electrical problem still pending in Court. see Scott v. Quay, No. 19 Civ. 01075 This unstable facility is where Petitioner is housed pending his direct appeal, in front of Judge Engelmayer: of the Southern District of New York. Docket No. 16 Cr. 317. Even if sent back to the custody of the BoP. This is a Global pandemic, that has a different but deadly survival rate as

(2)

well. As each State is Also dealing in this deadly crisis at an alarming rate.

Therefor under these "Extraordinary" and "compelling" circumstances this Court must warrant a sentence reduction for Mr. Lopez to be released to his family to Assist in their well-fare under the World most troubling Armagedon, Out of an Abundance of Caustion to the Compromise of his natural life. Currently Mr. Lopez is serving a 10 year sentence with over 3½ years time Served on this sentence. We further ask that the Government take into consideration the surrounding circumstances and the roles within Mr. Lopez conviction which was minimum, to Consent in Mr. Lopez release.

Respectfully submitted,
Carlos Lopez # 79367-054

③

NEW YORK NY 100
27 MAY 2020 PM 10 L

To: Hon. Paul A. Engelmayer
500 Pearl Street
New York, New York 10007

Carlos Lopez 29367054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

Legal Mail

USMS
SDNY

Received SARC
6/4/2020
MDC

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.