

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

May 17, 2021

Granted. Lopez's submission is due by June 16, 2021. The Government's response is due by July 7, 2021. Lopez's reply, if any, is due by July 21, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Re: **United States v. Carlos Lopez**
**16 Cr. 317 (22) (PAE)**
**19 Cv. 3463 (PAE)**

Dear Judge Engelmayer:

On March 16, 20121, the Court appointed me to assist Mr. Lopez with the re-filing of his 28 U.S.C. § 2255 petition. The filing deadline is set for May 17, 2021. With the consent of the government, I respectfully request a 30-day extension of the briefing deadline.

On April 28, pursuant to an appointment made with the legal department at MDC, I went to visit Mr. Lopez to discuss the § 2255 petition. Upon arrival, I was told that Mr. Lopez had left the facility that day. I have later learned that he is on his way to another facility. As of today, he has not arrived and remains in transit. I have therefore been unable to consult with Mr. Lopez about the petition and whether it should be refiled with or without counsel's assistance. For these reasons I respectfully request an extension of the briefing deadline by 30 days.

Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Attorney for Carlos Lopez*

Cc: AUSA Eli Mark

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com