

Miedel & Mysliwiec LLP

July 9, 2021

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Granted. The Government's response is due by August 13, 2021.

SO ORDERED.

*Paul A. Engelmayer*
—————————————
PAUL A. ENGELMAYER
United States District Judge

July 9, 2021

Re: *United States v. Carlos Lopez*
16 Cr. 317 (22) (PAE)

Dear Judge Engelmayer:

Yesterday the Court appointed me pursuant to the Criminal Justice Act to file a renewed motion for compassionate relief on Mr. Lopez's behalf. It directed me to file such a motion on or before July 23, 2021. I respectfully request a two-week extension of that deadline.

I ask for the extension for two reasons. First, I am scheduled to be on vacation for the next two weeks. Second, in support of the motion I will need to obtain documents from Mr. Lopez's BOP facility, such as disciplinary and medical records. This is likely to take longer than two weeks. Accordingly, I respectfully request permission to file Mr. Lopez's renewed compassionate release motion on or before August 6, 202.

Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Attorney for Carlos Lopez*

Cc: AUSA Eli Mark

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com