UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARLOS LOPEZ,

Defendant.

16-CR-317-22 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion pursuant to 18 U.S.C. § 2255 from defendant Carlos Lopez. Dkt. 721. The Government's response is due Friday, March 18, 2022.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 28, 2022
       New York, New York