UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CARLOS LOPEZ,

                Defendant.

16-CR-317-22 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a motion for compassionate release filed on behalf of defendant Carlos Lopez. *See* Dkt. 793. The Court directs the Government to respond. The Government's response is due February 2, 2024.

    SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: January 18, 2024
       New York, New York