UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CARLOZ LOPEZ,

Defendant.

16-CR-317-22 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court appoints Florian Miedel, Esq. to represent the defendant in this case, *nunc pro tunc*, to January 4, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 28, 2024
New York, New York